# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Kris Westerman, Joseph Stephens, Carlos Garcia, Calixto Sanchez, Chris Holsinger, Dustin Wooddell, Emilio Campos, Kenneth Griffin, Lucky Diggles and Shawn Norton, Plaintiffs, v. Capstone Logistics LLC and LMS Intellibound, LLC Defendants. | CA No.: 14-cv-3452-P Jury Demanded |

**UNDER SEAL - PROPOSED ORDER GRANTING THE PLAINTIFFS' MOTION TO FILE UNDER SEAL**

The Court considered Plaintiffs' Motion to File Under Seal the deposition testimony of Chip Andrews and finds that it should be GRANTED.

It is therefore ORDERED that Exhibit A to the motion to file under seal be filed under seal and is considered timely filed as part of Plaintiffs' summary judgment evidence.

Signed the _____ day of _____, 2015

_____
JORGE A. SOLIS
UNITED STATES CHIEF DISTRICT JUDGE